UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMADOR SERRANO,　　　　　　　　　　　　　　No. C 10-571 MHP (pr)

　　　　Petitioner,　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　　v.

PEOPLE OF THE STATE OF CALIFORNIA,

　　　　Respondent.
　　　　　　　　　　　　　　　　　　　　　　　／

　　　　Amador Serrano, currently incarcerated at the San Diego Correctional Facility apparently awaiting removal, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2007 conviction in Santa Clara County Superior Court. Serrano voluntarily abandoned his appeal in the California Court of Appeal in November 2007, and apparently never sought any other review of his conviction until he filed the petition to commence this action.

　　　　Prisoners in state custody who wish to challenge collaterally in federal habeas proceedings either the fact or length of their confinement are required first to exhaust state judicial remedies, either on direct appeal or through collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b), (c); see Granberry v. Greer, 489 U.S. 129, 133-34 (1987). Petitioner has not done so, nor has he presented any exceptional circumstances to excuse his doing so. See id. at 134. Accordingly, the petition is DISMISSED without prejudice to petitioner filing a new action after available state judicial remedies are exhausted. Although it appears to be too late already, petitioner is

1  cautioned to act swiftly to exhaust state court remedies because there is a one year statute of
2  limitations for the filing of a federal habeas petition.  See 28 U.S.C. § 2244(d).
3      The clerk shall close the file.
4      IT IS SO ORDERED.
5  DATED:   September 27, 2010

   *[signature]*
   Marilyn Hall Patel
6  United States District Judge